# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

CHELLSEY LOWERY,

    Plaintiff,

v.                                                          Case No. 3:20-cv-00175-MPM-JMV

ADDICTION CAMPUSES OF
MISSISSIPPI, LLC d/b/a Turning Point,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Rule 41 (a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-mentioned action is voluntarily dismissed with prejudice against Defendant. The Parties were able to reach an agreement resolving Plaintiff's claims, as well as an agreement to the amount of attorney's fees and costs to which Plaintiff's counsel is entitled. Accordingly, since Defendant has not filed an answer to the complaint or a motion for summary judgment, dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

       Respectfully submitted,

       /s/William B. Ryan
       William B. Ryan – MS Bar #99667
       Donald A. Donati – TN Bar # 8633
          *(pro hac vice appliction to be filed)*
       Janelle C. Osowski – TN Bar #31359
          *(pro hac vice application to be filed)*
       DONATI LAW, PLLC
       1545 Union Avenue
       Memphis, TN 38104
       Telephone: 901-278-1004
       Fax: 901-278-3111
       billy@donatilaw.com

       ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document has been served via email and U.S. Mail on counsel for Defendant, Andrew S. Naylor, Waller Lansden Dortch & Davis, LLP, 511 Union Street, Ste. 2700, Nashville, TN 37219, on August 27, 2020.

       /s/William B. Ryan