**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| **CHELLSEY LOWERY** | **PLAINTIFF** |
| **V.** | **NO: 3:20CV175-M-V** |
| **ADDICTION CAMPUSES OF MISSISSIPPI, LLC d/b/a Turning Point** | **DEFENDANT** |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to a [6] Stipulation of Dismissal filed by the plaintiff in this case, it is hereby

**ORDERED** that the cause be dismissed with prejudice.

This the 27th day of August, 2020.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**